# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| NICOLAS ELPIDIO MANBRU-ENCARNACION, | * * * | |
| Petitioner, | * * | CIVIL ACTION NO.: 5:20-cv-116 |
| v. | * * | |
| WARDEN D. GREENWALT, | * * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 18. Petitioner Nicolas Manbru-Encarnacion ("Manbru-Encarnacion") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES as moot** Manbru-Encarnacion's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, as amended, and Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Manbru-

Encarnacion *in forma pauperis* status on appeal.

**SO ORDERED**, this \_\_17\_\_ day of \_\_May\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)